UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RAYMOND LEE GEARHART,                    Court File No. 16-1924 (MJD/LIB)

         Petitioner,

                                             ORDER ADOPTING
v.                                       REPORT AND RECOMMENDATION

DR. HEART; DR. GABLE; DR.
STANTON; and DR. WAKEMAN,

         Respondents.


   \* \* \* \* \* \* \*


RAYMOND LEE GEARHART,                    Court File No. 16-1925 (MJD/LIB)

         Petitioner,

v.

DR. MRS. STANTON, Chief Psych;
and DR. MRS. HEART, Psych Doctor,


         Respondents.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

    1.     These actions are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4 of the

Rules Governing Section 2254 Cases in the United States District Courts.

2.       All pending motions are **DISMISSED WITHOUT PREJUDICE AS MOOT**.

3.       Judgment is entered accordingly.


DATED: September 7, 2016                s/Michael J. Davis
At Minneapolis, Minnesota          Michael J. Davis
                                      United States District Court